GONZÁLEZ, APPELLANT, *v.* RULLÁN, APPELLEE.

District Court of Mayagüez.—Mandamus.

No. 2705.—Decided January 8, 1923.

The petitioner alleged that he was the bailiff of the Peace Court of Mayagüez and sought to be reinstated in his office and to be paid the corresponding salaries by the Municipal Commissioner of Public Service of Mayagüez. The latter answered that the office of bailiff was not created by any insular Act or municipal ordinance and admitted that the municipality of Mayagüez had created that office, or a similar one, on certain occasions, but that it failed to do so for the year 1921. The court below held that the Act of 1904 reorganizing the judiciary provided for bailiffs for peace courts except for the cities of San Juan, Ponce and Mayagüez. The appellant has not shown that the court erred and inasmuch as the municipality had created the office that the petitioner had held, it could also abolish it. The judgment must be affirmed.

MR. JUSTICE WOLF delivered the opinion of the court.